IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KEVIN LANE**, | Case No. 3:24-cv-1006-JR |
| Plaintiff, | **ORDER** |
| v. | |
| **HOOD RIVER COUNTY SCHOOL DISTRICT**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Jolie A. Russo issued Findings and Recommendation in this case on November 21, 2024 (ECF 11). Judge Russo recommended that this Court grant Defendant's Motion to Dismiss without prejudice (ECF 4). Under the Federal Magistrates Act (Act), the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3). Plaintiff timely filed an objection (ECF 13), and

PAGE 1 – ORDER

Defendant timely responded (ECF 14). The Court has reviewed de novo Judge Russo's Findings and Recommendation and has considered Plaintiff's objection and Defendant's response.

The Court ADOPTS Judge Russo's Findings and Recommendation. ECF 11. The Court GRANTS Defendant's Motion to Dismiss. ECF 4. If, consistent with Rule 11 of the Federal Rules of Civil Procedure, Plaintiff believes that he can cure the deficiencies identified in Judge Russo's Findings and Recommendation, Plaintiff may file an amended complaint within 14 days from the date of this Order.

**IT IS SO ORDERED.**

DATED this 10th day of September, 2025.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge